BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAR 11 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SLVADOR F. GALVAN,<br><br>Defendants. | CASE NO. 1:07-MJ-0290 EPG<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND RECALL WARRANT PURSUANT TO FED.R.CRIM.PROC. 48(a); [PROPOSED] ORDER |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, due to the age and viability of the case request leave of the Court to dismiss the Indictment as to the above-named defendant, in the interest of justice, and recall the arrest warrant.

Dated: March 9, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 9, 2016

_____
HON. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS INDICTMENT; PROPOSED ORDER     1